Exhibit 4.2

| Infringement Claim Chart for U.S. Pat. No. US8831205B1 Vs Instagram ("Defendant") | |
|---|---|
| **Claim7** | **Evidence** |
| 7) A method for defining mutually exclusive communication channels between users, comprising: | The Instagram platform with system-generated follow recommendations performs a method for defining mutually exclusive communication channels between users.<br><br>For example, the platform automatically generates follow recommendations based on user profiles. A follow recommendation is a suggestion for a connection with another user. Each follow recommendation is unique and therefore mutually exclusive from all others. Each follow recommendation is delivered to the user for whom the recommendation is made, thereby defining a mutually exclusive communication channel between that user and the other user.<br><br>> Instagram is a free photo and video sharing app available on iPhone and Android. People can upload photos or videos to our service and share them with their followers or with a select group of friends. They can also view, comment and like posts shared by their friends on Instagram. Anyone 13 and older can create an account by registering an email address and selecting a username.<br><br>Source: https://help.instagram.com/4247376575845730<br><br>> There are two ways to find people to follow on Instagram. You can connect your device's contact list in the app and Instagram will recommend accounts to follow based on your contacts. You can also tap 🔍 at the bottom of the screen to search for people you'd like to follow.<br><br>Source: https://help.instagram.com/195069860617299?helpref=about_content |

1

### Find people you might like to follow on Instagram 📋 Copy link

Android App Help     Instagram Lite App Help     iPhone App Help     **Computer Help**     More ▾

You can find people you might like to follow on Instagram through Search & Explore.

To locate Search, click 🔍 on the left, then click **Search** in the search bar at the top to type what or who you want to search for.

You can also click 🧭 on the left to go to Explore. In Explore, scroll to view photos and videos you might like from accounts you're not already following. Click on a post, then click **Follow** to follow one of these accounts.

You can also connect your device's contact list in the Instagram app to find people you know.

Learn more about how to search on Instagram.

Source: https://help.instagram.com/741619032578266/?cms_platform=www&helpref=platform_switcher

2

> **To follow an account Instagram has recommended to you:**
>
> 1. Tap the notification on your phone's home screen, then tap **Follow**.
>
> 2. You can also tap ♡ in the top right to view the notification, then tap **Follow**.
>
> Keep in mind that when you confirm your phone number or email on Instagram, your account may be recommended to users who have your contact information in their device's contact list. Your phone number and email is stored on Instagram when you sign up for an account with this information or have added it to your **Personal Information**.

Source: https://help.instagram.com/195069860617299?helpref=about_content

> We make recommendations to the people who use our services to help them discover new communities and content. Both Facebook and Instagram may recommend content, accounts, and entities that people do not already follow. Some examples of our recommendations experiences include Instagram Explore, Accounts You May Like, and the Reels tab.
>
> Our goal is to make recommendations that are relevant and valuable to each person who sees them. We do this by personalizing recommendations, which means making unique recommendations for each person. For example, if you interact with restaurants and bookstores on Instagram, we may recommend content about food, recipes, books, or reading.

3

| | |
|---|---|
| | Source: https://help.instagram.com/313829416281232/?helpref=search&query=recommend<br><br>> We make recommendations on Instagram to help people discover new communities and content from accounts they don't already follow. When your posts are recommended on Instagram, they can show up in places like Explore, Reels and Feed Recommendations to people who don't already follow you.<br><br>Source: https://help.instagram.com/653964212890722/?helpref=search&query=recommend<br><br>> Our Recommendations Guidelines help us decide what content from public accounts is eligible to be recommended on Instagram. If you're using a professional account, you can see if your content may be eligible to be recommended in Account Status. If you're eligible, it means Instagram may recommend your account or content on Reels, Feed, Explore, Search or Suggested Accounts to people who don't follow you.<br><br>Source: https://help.instagram.com/653964212890722/?helpref=search&query=recommend |
| a) maintaining a plurality of user profiles for a plurality of users, each user profile comprising a plurality of user | The Instagram platform with system-generated follow recommendations maintains a plurality of user profiles for a plurality of users, each user profile comprising a plurality of user characteristics.<br><br>For example, the platform maintains a profile for each user. The profile includes user characteristics entered by the user such as a bio, user profile picture. The profile can also include system-derived characteristics of the user based on the user's past use of the platform. |

| | |
|---|---|
| characteristics; | Your profile is where you can find your photos, videos and settings on Instagram. Here, you can view what you've shared, see a list of the people you're following and who's following you.<br><br>Learn how to:<br><br>- Add a bio or a website to your profile.<br>- Update your username and email.<br>- Update your profile picture.<br><br>Source: https://help.instagram.com/110121795815331<br><br>Your Instagram profile image and bio can be associated with you and are public to everyone, on or off Instagram, even if they don't have an Instagram account. Keep in mind that this information can't be hidden and remains public regardless of whether your personal account is made private or public.<br><br>Source: https://help.instagram.com/347751748650214/?helpref=popular_articles |

| | |
|---|---|
| | <br>Source: https://www.instagram.com/ |
| b) receiving a plurality of | The Instagram platform with system-generated follow recommendations receives a plurality of requests for mutually exclusive communication channels among respective |

| | |
|---|---|
| requests for mutually exclusive communication channels among respective users from the plurality of users; | users from the plurality of users.<br><br>For example, when a user submits a completed profile, that submission represents a request from the user for the platform to automatically generate, for the user, at least one follow recommendation. The follow recommendation represents a mutually exclusive communication channel between the two users that are the subject of the follow recommendation. The platform has multiple users and therefore receives a plurality of such requests.<br><br>Source: https://www.instagram.com/sem/campaign/emailsignup/<br>Source: https://help.instagram.com/110121795815331 |

> We make recommendations to the people who use our services to help them discover new communities and content. Both Facebook and Instagram may recommend content, accounts, and entities that people do not already follow. Some examples of our recommendations experiences include Instagram Explore, Accounts You May Like, and the Reels tab.
>
> Our goal is to make recommendations that are relevant and valuable to each person who sees them. We do this by personalizing recommendations, which means making unique recommendations for each person. For example, if you interact with restaurants and bookstores on Instagram, we may recommend content about food, recipes, books, or reading.

Source: https://help.instagram.com/313829416281232/?helpref=search&query=recommend

> We make recommendations on Instagram to help people discover new communities and content from accounts they don't already follow. When your posts are recommended on Instagram, they can show up in places like Explore, Reels and Feed Recommendations to people who don't already follow you.

Source: https://help.instagram.com/653964212890722/?helpref=search&query=recommend

8

| | |
|---|---|
| | Our **Recommendations Guidelines** help us decide what content from **public accounts** is eligible to be recommended on Instagram. If you're using a **professional account**, you can see if your content may be eligible to be recommended in **Account Status**. <u>If you're eligible, it means Instagram may recommend your account or content on Reels, Feed, Explore, Search or Suggested Accounts to people who don't follow you.</u><br><br>Source: https://help.instagram.com/653964212890722/?helpref=search&query=recommend |
| c) performing a combinatorial optimization with an automated processor, to predict a net benefit of the mutually exclusive communication channels between respective users of the plurality of users, with respect to an optimization criteria representing a | The Instagram platform with system-generated follow recommendations performs a combinatorial optimization with an automated processor, to predict a net benefit of the mutually exclusive communication channels between respective users of the plurality of users, for optimization criteria representing a net value of each respective mutually exclusive communication channel for a plurality of mutually exclusive communication channels, based on at least the plurality of user profiles.<br><br>For example, as an algorithm-assisted social media platform, Instagram strives to provide follow recommendations that will be seen as favorable to as many users of the platform as possible. This means that, as optimization criteria, the platform seeks to maximize the overall value, or net benefit, of follow recommendations that are presented to the users of the platform. The value of each follow recommendation is based on the characteristics in the user profiles of the users that are the subject of that follow recommendation. A processor in the platform determines a net value of each potential follow recommendation. To meet the optimization criteria, the platform selects, from the potential follow recommendations, a set of follow recommendations to present to the users that have a maximum net benefit to the users of the platform. |

| | |
|---|---|
| net value of each respective mutually exclusive communication channel for a plurality of mutually exclusive communication channels, based on at least the plurality of user profiles; and | Instagram is a free photo and video sharing app available on iPhone and Android. People can upload photos or videos to our service and share them with their followers or with a select group of friends. They can also view, comment and like posts shared by their friends on Instagram. Anyone 13 and older can create an account by registering an email address and selecting a username.<br><br>Source: https://help.instagram.com/424737657584573<br><br>There are two ways to find people to follow on Instagram. You can connect your device's contact list in the app and Instagram will recommend accounts to follow based on your contacts. You can also tap at the bottom of the screen to search for people you'd like to follow.<br><br>Source: https://help.instagram.com/195069860617299?helpref=about_content<br><br>We make recommendations to the people who use our services to help them discover new communities and content. Both Facebook and Instagram may recommend content, accounts, and entities that people do not already follow. Some examples of our recommendations experiences include Instagram Explore, Accounts You May Like, and the Reels tab.<br><br>Our goal is to make recommendations that are relevant and valuable to each person who sees them. We do this by personalizing recommendations, which means making unique recommendations for each person. For example, if you interact with restaurants and bookstores on Instagram, we may recommend content about food, recipes, books, or reading. |

Source: https://help.instagram.com/313829416281232/?helpref=search&query=recommend

> We make recommendations on Instagram to help people discover new communities and content from accounts they don't already follow. When your posts are recommended on Instagram, they can show up in places like Explore, Reels and Feed Recommendations to people who don't already follow you.

Source: https://help.instagram.com/653964212890722/?helpref=search&query=recommend

> Our Recommendations Guidelines help us decide what content from public accounts is eligible to be recommended on Instagram. If you're using a professional account, you can see if your content may be eligible to be recommended in Account Status. If you're eligible, it means Instagram may recommend your account or content on Reels, Feed, Explore, Search or Suggested Accounts to people who don't follow you.

Source: https://help.instagram.com/653964212890722/?helpref=search&query=recommend

> **Find people you might like to follow on Instagram**
>
> Android App Help   Instagram Lite App Help   iPhone App Help   **Computer Help**   More ▼
>
> You can find people you might like to follow on Instagram through Search & Explore.
>
> To locate Search, click 🔍 on the left, then click **Search** in the search bar at the top to type what or who you want to search for.
>
> You can also click 🧭 on the left to go to Explore. In Explore, scroll to view photos and videos you might like from accounts you're not already following. Click on a post, then click **Follow** to follow one of these accounts.
>
> You can also connect your device's contact list in the Instagram app to find people you know.
>
> Learn more about how to search on Instagram.

Source: https://help.instagram.com/741619032578266/?cms_platform=www&helpref=platform_switcher

| | |
|---|---|
| d) storing in a memory a description of an optimum set of mutually exclusive communication channels. | The Instagram platform with system-generated follow recommendations stores in a memory a description of an optimum set of mutually exclusive communication channels.<br><br>For example, for a user to access the system-generated follow recommendations that the platform has selected to present to the user when the user logs into the platform, the platform stores these follow recommendations in a memory associated with the platform. This is done for all users of the platform, which means that the entire set of system-generated follow recommendations that the platform has selected to meet the optimization criteria are stored.<br><br>**What can you do on the login screen**<br><br>You can do 3 things on the login screen:<br><br>• Create a new account.<br><br>• Login to an existing account.<br><br>• Learn more about how to recover your password.<br><br>Learn more about what to do if you're having trouble logging in.<br><br>You may be asked to save your login info. If you choose to save your login information, you won't need to enter it the next time you log back into your account.<br><br>Source: https://help.instagram.com/553970941289985/<br><br>Instagram is a free photo and video sharing app available on iPhone and Android. People can upload photos or videos to our service and share them with their followers or with a select group of friends. They can also view, comment and like posts shared by their friends on Instagram. Anyone 13 and older can create an account by registering an email address and selecting a username. |

| | |
|---|---|
| | Source: https://help.instagram.com/424737657584573<br><br>Your profile is where you can find your photos, videos and settings on Instagram. Here, you can view what you've shared, see a list of the people you're following and who's following you.<br><br>Learn how to:<br><br>- Add a bio or a website to your profile.<br>- Update your username and email.<br>- Update your profile picture.<br><br>Source: https://help.instagram.com/110121795815331<br><br>Your Instagram profile image and bio can be associated with you and are public to everyone, on or off Instagram, even if they don't have an Instagram account. Keep in mind that this information can't be hidden and remains public regardless of whether your personal account is made private or public.<br><br>Source: https://help.instagram.com/347751748650214/?helpref=popular_articles |

**To follow an account Instagram has recommended to you:**

1. Tap the notification on your phone's home screen, then tap **Follow**.

2. You can also tap ♡ in the top right to view the notification, then tap **Follow**.

Keep in mind that when you confirm your phone number or email on Instagram, your account may be recommended to users who have your contact information in their device's contact list. Your phone number and email is stored on Instagram when you sign up for an account with this information or have added it to your **Personal Information**.

Source: https://help.instagram.com/195069860617299?helpref=about_content

We make recommendations to the people who use our services to help them discover new communities and content. Both Facebook and Instagram may recommend content, accounts, and entities that people do not already follow. Some examples of our recommendations experiences include Instagram Explore, Accounts You May Like, and the Reels tab.

Our goal is to make recommendations that are relevant and valuable to each person who sees them. We do this by personalizing recommendations, which means making unique recommendations for each person. For example, if you interact with restaurants and bookstores on Instagram, we may recommend content about food, recipes, books, or reading.

Source: https://help.instagram.com/313829416281232/?

helpref=search&query=recommend

> We make recommendations on Instagram to help people discover new communities and content from accounts they don't already follow. When your posts are recommended on Instagram, they can show up in places like Explore, Reels and Feed Recommendations to people who don't already follow you.

Source: https://help.instagram.com/653964212890722/?helpref=search&query=recommend

> Our Recommendations Guidelines help us decide what content from public accounts is eligible to be recommended on Instagram. If you're using a professional account, you can see if your content may be eligible to be recommended in Account Status. If you're eligible, it means Instagram may recommend your account or content on Reels, Feed, Explore, Search or Suggested Accounts to people who don't follow you.

Source: https://help.instagram.com/653964212890722/?helpref=search&query=recommend