IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Patent Armory Inc.,** | Case No. 6:23-cv-541 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Meta Platforms, Inc.,** | |
| Defendant. | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: July 27, 2023         Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
600 Mamaroneck Ave STE 400
Harrison, NY 10528
7736694590
isaac@rabilaw.com


**Counsel for Plaintiff
Patent Armory Inc.**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on July 27, 2023 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff
