IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Patent Armory Inc.,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>Meta Platforms, Inc.,<br><br>　　　　　　Defendant. | Case No.: 6:23-cv-00541-ADA |

### UNOPPOSED NOTICE TO EXTEND THE TIME TO FILE A RESPONSIVE PLEADING

Defendant Meta Platforms, Inc. ("Defendant") respectfully requests an extension to file a responsive pleading to the Complaint for Patent Infringement (Dkt. 1) filed by Plaintiff Patent Armory Inc. ("Plaintiff") on July 27, 2023.

Currently, the deadline for Defendant to respond to the Complaint is August 21, 2023. Defendant seeks a forty-five (45) day extension, up to and including, October 5, 2023, to answer, move, or otherwise respond to the Complaint. Counsel for Defendant conferred with counsel for Plaintiff prior to filing this notice, and Plaintiff stated it does not oppose.

Accordingly, Defendant respectfully requests that the Court grant the foregoing unopposed notice and enter an Order extending Defendant's deadline to answer or otherwise respond to the Complaint to October 5, 2023.

Dated: August 21, 2023　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG, LLP

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Janis E. Clements*
　　　　　　　　　　　　　　　　　　　　　　　Janis E. Clements
　　　　　　　　　　　　　　　　　　　　　　　TX Bar No. 04365500
　　　　　　　　　　　　　　　　　　　　　　　Clementsj@gtlaw.com
　　　　　　　　　　　　　　　　　　　　　　　Greenberg Traurig, LLP
　　　　　　　　　　　　　　　　　　　　　　　300 West 6th Street, Suite 2050
　　　　　　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 212-801-9200

                    Facsimile:  212-801-6400

                    *Attorney for Defendant*
                    *Meta Platforms, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, I caused a true and correct copy of the foregoing document to be filed with the Court's CM/ECF system in compliance with Local Rule CV-5 and was served on all parties with counsel of record.

                    /s/ *Janis E. Clements*
                    Janis E. Clements