IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Patent Armory Inc., <br><br> Plaintiff, <br><br> v. <br><br> Meta Platforms, Inc., <br><br> Defendant. | Case No.: 6:23-cv-00541-ADA |

### ORDER GRANTING UNOPPOSED NOTICE TO EXTEND THE TIME TO FILE A RESPONSIVE PLEADING

Before the Court is Defendant Meta Platforms, Inc.'s ("Defendant") unopposed notice to extend the time to file a responsive pleading to the Complaint for Patent Infringement (Dkt. 1), filed by Plaintiff Patent Armory Inc. ("Plaintiff") on July 27, 2023.

The Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have up to and including October 5, 2023, to answer, move or otherwise plead in response to Plaintiff's Complaint.

Signed this ___ day of August, 2023

The Honorable Alan D. Albright
United States District Judge