IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PATENT ARMORY INC., <br><br> PLAINTIFF, <br><br> V. <br><br> META PLATFORMS, INC., <br><br> DEFENDANT. | CASE NO.: 6:23-CV-00541-ADA |

**JANIS E. CLEMENTS' NOTICE OF APPEARANCE AS COUNSEL OF RECORD FOR DEFENDANT META PLATFORMS, INC.**

PLEASE TAKE NOTICE that Janis E. Clements with the law firm of Greenberg Traurig, LLP enters her appearance as counsel of record on behalf of Defendant Meta Platforms, Inc. and requests that copies of all notices, service copies, motions, and other filings be directed to the following address:

Janis E. Clements
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, Texas 78701
Telephone: (512) 320-7200
Facsimile: (512) 320-7210
Email: clementsj@gtlaw.com

1

Dated:  August 21, 2023                    Respectfully submitted,

GREENBERG TRAURIG, LLP

*/s/ Janis E. Clements*
Janis E. Clements
Texas Bar No. 04365500
300 West 6th Street, Suite 2050
Austin, Texas 78701
(512) 320-7200 (telephone)
(512) 320-7210 (facsimile)
clementsj@gtlaw.com

***Attorneys for Defendant Meta Platforms, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 21, 2023, a true and correct copy of the foregoing was served, upon filing, via the Court's CM/ECF system upon all parties requesting electronic notification in this case.

*/s/ Janis E. Clements*
Janis E. Clements