**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| PATENT ARMORY INC., <br><br>      PLAINTIFF, <br> V. <br><br> META PLATFORMS, INC., <br><br>      DEFENDANT. | CASE NO.:  6:23-CV-00541-ADA |

**SCOTT J. BORNSTEIN'S NOTICE OF APPEARANCE AS COUNSEL OF RECORD**
**FOR DEFENDANT META PLATFORMS, INC.**

PLEASE TAKE NOTICE that Scott J. Bornstein with the law firm of Greenberg Traurig, LLP enters his appearance as counsel of record on behalf of Defendant Meta Platforms, Inc. and requests that copies of all notices, service copies, motions, and other filings be directed to the following address:

Scott J. Bornstein
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 801-2172
Facsimile: (212) 224-6146
Email: Scott.Bornstein@gtlaw.com

Dated:  August 21, 2023

Respectfully submitted,

GREENBERG TRAURIG, LLP

*/s/ Scott J. Bornstein*
Scott J. Bornstein
New York Bar No. 2737492
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 801-2172
Facsimile: (212) 224-6146
Email: Scott.Bornstein@gtlaw.com

***Attorney for Defendant Meta Platforms, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 21, 2023, a true and correct copy of the foregoing was served, upon filing, via the Court's CM/ECF system upon all parties requesting electronic notification in this case.

*/s/ Scott J. Bornstein*
Scott J. Bornstein